**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-80545-CIV-MARRA**

SHARON PROLOW and
MARK LEMMERMAN,
on behalf of themselves and
all others similarly situated,

Plaintiffs,
v.

AETNA LIFE INSURANCE
COMPANY,

Defendant.
_______________________________________/

**JOINT STATUS REPORT AND MOTION FOR EXTENSION OF STAY**

Plaintiff Mark Lemmerman[1], on behalf of himself and the putative class, and Defendant Aetna Life Insurance Company, respectfully submit this Joint Status Report pursuant to this Court's Order [D.E. 259]. As discussed more fully below, the parties have reached an agreement in principle to settle the remaining claims in this case on a classwide basis, subject to Court approval. To provide time for the parties to finalize a class settlement agreement, the parties request that the Court extend the current stay of all case deadlines until May 1, 2025 and direct the Plaintiff to file a motion for preliminary approval of the settlement by that date. In support of their joint request, the parties state as follows:

1. On April 10, 2023, the Court entered an Order staying all deadlines in this case, pending mediation.

2. Most recently, on September 6, 2024, the parties asked the Court to extend the stay until January 31, 2025 [D.E. 258], which the Court granted [D.E. 259].

3. During the stay the parties held multiple mediation sessions with mediator Harry Schafer, through which the parties reached an agreement in principle to settle all remaining claims on a class basis.

4. The parties are in the process of finalizing a class settlement agreement, after which Plaintiff will prepare and file a motion for preliminary approval of the parties' class settlement.

5. The parties agree that these efforts will be most productive if the parties are

[1] On November 15, 2024, the parties filed a stipulation of dismissal with respect to Plaintiff Sharon Prolow only [D.E. 262], and the Court issued an order of dismissal with respect to her claims the same day [D.E. 263].

fully engaged in them, rather than expending resources in parallel on fact and expert discovery and any remaining fact discovery conferrals and motion practice.

6. Accordingly, the parties respectfully request that the Court stay case deadlines until May 1, 2025 and direct the Plaintiff to file a motion for preliminary approval of the settlement by that date.

7. The parties request the stay in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court enter an order granting an extension of the stay of all deadlines, staying this matter until May 1, 2025 and direct the Plaintiff to file a motion for preliminary approval of the settlement by that date. A proposed order is attached for the Court's consideration.

Dated: January 31, 2025

By: *Stephanie A. Casey*
Stephanie A. Casey
Fla. Bar No. 97483
scasey@colson.com
Sabrina Saieh
Florida Bar No. 125290
sabrina@colson.com
**COLSON HICKS EIDSON**
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
Harley S. Tropin
Florida Bar No. 241253
hst@kttlaw.com
Maria D. Garcia

By: *Ardith Bronson*
Ardith Bronson (FBN 423025)
ardith.bronson@dlapiper.com
**DLA Piper LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8562

Brian Benjet (*pro hac vice*)
brian.benjet@dlapiper.com
**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Telephone: (215) 656-3311

Mark C. Nielsen (*pro hac vice*)
mcn@groom.com
Jon W. Breyfogle (*pro hac vice*)
jwb@groom.com

Florida Bar No. 58635
mgarcia@kttlaw.com
Robert Neary
Florida Bar No. 81712
rn@kttlaw.com

*Attorneys for Plaintiff and the Putative Class*

Paul J. Rinefierd (*pro hac vice*)
prinefierd@groom.com
**Groom Law Group, Chartered**
1701 Pennsylvania Ave., NW Suite 1200
Washington, DC 20006
Telephone: (202) 861-5429

*Attorneys for Defendant Aetna Life Insurance Company*