UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80545-CIV-MARRA

SHARON PROLOW and
MARK LEMMERMAN,
on behalf of themselves and
all others similarly situated,

               Plaintiffs,
    v.

AETNA LIFE INSURANCE
COMPANY,

               Defendant.
_____/

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF STAY

THIS CAUSE is before the Court on a Joint Status Report and Motion for Extension of Stay (the "Joint Motion") filed by Plaintiff Mark Lemmerman, on behalf of himself and the putative class, and Defendant Aetna Life Insurance Company. Upon review of the Joint Motion, it is

**ORDERED and ADJUDGED** that the Joint Motion (DE 264) is **GRANTED** as follows:

    1.    All deadlines in this action will remain stayed until and including May 1, 2025.

2. Plaintiff shall file a motion for preliminary approval of the settlement no later than May 1, 2025.

**DONE and ORDERED** in West Palm Beach, Florida this 3rd day of February, 2025.

_____
KENNETH A. MARRA
United States District Judge