UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80545-CIV-MARRA

SHARON PROLOW and
MARK LEMMERMAN,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,
 v.

AETNA LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS MATTER is before the Court following the Court's Final Order Approving Class Settlement and Certifying Settlement Class (ECF No. 284) and the Court's entry of the Order granting Plaintiff's Motion for Fees and Costs and Approval of General Release Payment (ECF No. 285). Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is now hereby **ORDERED and ADJUDGED**:

  1. The Settlement Agreement[1] filed at docket entry 272-1 is **APPROVED**.

  2. The Settlement Class, as that term is defined in the Settlement Agreement, is certified for settlement purposes only.

---

[1] Unless otherwise defined, all capitalized terms shall have the same definitions and meanings as set forth in the Settlement.

3. All Settlement Class members are bound by the Settlement, the Release contained therein, and this Final Judgment.

4. Class Counsel is **AWARDED** $1,675,000 in attorneys' fees and costs.

5. The Individual General Release Payment is **APPROVED**.

6. All Released Claims are discharged and released against the Released Parties, as those terms are used and defined in the Settlement Agreement.

7. Plaintiff and any Settlement Class Member are permanently barred and enjoined from the institution and prosecution of any other action against the Released Parties in any court or other forum asserting any of the Released Claims, as those terms are used and defined in the Settlement Agreement.

8. Without affecting the finality of the judgment, the Court further reserves and retains exclusive and continuing jurisdiction over the Settlement concerning the administration and enforcement of the Settlement Agreement and to effectuate its terms, as set forth in the Settlement Agreement.

9. This action is **DISMISSED** with prejudice.

10. The CLERK shall CLOSE this case.

**DONE and ORDERED** on this 18th day of November, 2025, in Chambers, at West Palm Beach, Florida.

                                             KENNETH A. MARRA
                                             United States District Judge